```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**LUZ STELLA TALERO,**

    **Petitioner,**

**v.**                //        **CIVIL ACTION NO. 1:11CV169**
                                                            **(Judge Keeley)**

**TERRY O'BRIEN, Warden,**

    **Respondent.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On September 19, 2011, the pro se petitioner, Luz Stella Talero ("Talero"), filed a petition pursuant to 28 U.S.C. § 2241. The Court referred this matter to United States Magistrate Judge John S. Kaull for initial screening and a report and recommendation in accordance with LR PL P 2. On February 6, 2012, the respondent, Terry O'Brien ("O'Brien"), filed a Motion to Dismiss or for Summary Judgment. (Dkt. No. 17). Although the magistrate judge issued a Roseboro notice to the petitioner on February 8, 2012, Talero filed no response.

On April 19, 2012, Magistrate Judge Kaull issued an Opinion and Report and Recommendation ("R&R"), in which he recommended that O'Brien's motion to dismiss or for summary judgment be granted and the petitioner's § 2241 petition be denied and dismissed with prejudice. (Dkt. No. 25). The magistrate judge determined that Talero's ineligibility for the Community Transitional Drug Abuse Treatment program and other community re-entry programs does not violate the terms of the statute authorizing the Residential Drug

Case 1:11-cv-00169-IMK-JSK Document 27 Filed 05/15/12 Page 2 of 2 PageID #: 212

**TALERO V. O'BRIEN**                                                     **1:11CV169**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Abuse Program.

The R&R specifically warned Talero that her failure to object to the recommendation would result in the waiver of any appellate rights he might otherwise have on this issue. The parties did not file any objections.[*] Consequently, the Court **ADOPTS** the Report and Recommendation in its entirety (dkt. no. 25), **GRANTS** the motion to dismiss or for summary judgment (dkt. no. 17), **DENIES** the § 2241 petition (dkt. no 1) and **ORDERS** that this case be **DISMISSED WITH PREJUDICE** and stricken from the Court's docket.

It is so **ORDERED.**

Pursuant to Fed. R. Civ. P. 58, the Court directs the Clerk of Court to enter a separate judgment order and to transmit copies of both orders to counsel of record and to the pro se petitioner, certified mail, return receipt requested.

Dated: May 15, 2012.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

---

[*] The failure to object to the Report and Recommendation not only waives the appellate rights in this matter, but also relieves the Court of any obligation to conduct a de novo review of the issue presented. See Thomas v. Arn, 474 U.S. 140, 148-153 (1985); Wells v. Shriners Hosp., 109 F.3d 198, 199-200 (4th Cir. 1997).